

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00556-CV

**IN RE** David Allan **EDWARDS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  September 16, 2015

PETITION FOR WRIT OF MANDAMUS DENIED

On September 3, 2015, relator David Allan Edwards filed a pro se petition for writ of mandamus complaining of the trial court's failure to rule on various motions in the underlying civil proceeding. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 12-02-0185-CVA, styled *David Allan Edwards v. County Court of Commissioners of Atascosa County, Texas*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Thomas F. Lee presiding.